# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE EUGENE BURT

NO. 2024 KW 0817

**SEPTEMBER 19, 2024**

---

In Re:     Lawrence Eugene Burt, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5519-F-2022.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT